**STATE of Missouri, Respondent,**

v.

**Nicki CORDER, Appellant.**

**Nicki CORDER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 45458, 46974.**

Missouri Court of Appeals,
Western District.

Aug. 10, 1993.

Gary E. Brotherton, Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

## ORDER

PER CURIAM.

Nicki Corder appeals from a conviction, after a jury trial, of one count of first-degree property damage and a sentence as a prior offender to three years imprisonment. Corder filed a motion for postconviction relief which was denied after an evidentiary hearing. We consolidate the appeals. Rule 29.15(*l*). We affirm the judgment of conviction and the denial of

postconviction relief. Rule 30.25(b) and
Rule 84.16(b).